IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH EMILE | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, ET AL. | : | NO. 26-8099 |

**ORDER**

**AND NOW**, this 26th day of October, 2026, upon consideration of Petitioner Ralph Emile's Verified Petition for Writ of Habeas Corpus (Docket No. 1), **IT IS HEREBY ORDERED** that Respondents shall file a response to the Petition no later than 12:00 (noon) on Thursday, October 29, 2026.

BY THE COURT:

/s/ John R. Padova, J.

____________________________

John R. Padova, J.