IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH EMILE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, ET AL. | : | NO. 26-8099 |

**ORDER**

**AND NOW**, this 4th day of November, 2026, the Government having certified its compliance with Paragraph 2 of our Order dated November 2, 2026, **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.